IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TANSHANNY WRIGHT,

    Plaintiff,

v.                                           Case No. 4:18cv597-MW/HTC

BRITTANY ABLE,

    Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 41. Upon consideration, no objection having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. Defendant Able's motion to dismiss, ECF No. 32, is **GRANTED**. The Clerk shall enter judgment stating, "Plaintiff's claims against Defendant are dismissed." The Clerk shall also close the file.

**SO ORDERED on March 9, 2020.**

                                              **s/ MARK E. WALKER**
                                              **Chief United States District Judge**